UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                              Plaintiff,

            -against-

CAREMOUNT MEDICAL P.C.; WEILL
CORNELL MEDICINE; NEW YORK-
PRESBYTERIAN/WEILL CORNELL
MEDICAL CENTER; EDWARD S.
BARNES, MD; MARGARET M.
POLANECZKY, MD; ANN D. CARLSON,

                              Defendants.

21-CV-7453 (JPC)

ORDER OF SERVICE

JOHN P. CRONAN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants CareMount Medical

P.C.; Weill Cornell Medicine; New York Presbyterian/Weill Cornell Medical Center; Edward S.

Barnes, MD; Margaret M. Polaneczky, MD; and Ann D. Carlson. Plaintiff is directed to serve the

summons and complaint on each Defendant within 90 days of the issuance of the summonses. If

within those 90 days, Plaintiff has not either served Defendants or requested an extension of time

to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the

Federal Rules of Civil Procedure for failure to prosecute.

Because Plaintiff has consented to proceeding with this action under her real name, *see*

ECF 5, the Clerk of Court is directed to substitute "Yelena Antipova" for "Jane Doe" in the

caption of this case.

The Clerk of Court is further directed to mail an information package to Plaintiff.

Plaintiff has consented to receive electronic service of notices and documents in this action.

(ECF 3.)

SO ORDERED.

Dated:   October 15, 2021
         New York, New York

_____
JOHN P. CRONAN
United States District Judge