```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YELENA ANTIPOVA, | |
| Plaintiff, | 21-CV-7453 (JPC) (BCM) |
| -against- | ORDER |
| CAREMOUNT MEDICAL P.C., et al., | |
| Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

On June 16, 2022, the Court granted plaintiff's motion seeking leave to amend her Complaint. (Dkt. No. 47.) Plaintiff is directed to file the Amended Complaint as a standalone document.

Dated: New York, New York
       June 22, 2022

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge