UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

YELENA ANTIPOVA,                   :

                        :

               Plaintiff,      :

                        :       21 Civ. 7453 (JPC) (BCM)

       -v-                  :

                        :          <u>ORDER</u>

CAREMOUNT MEDICAL P.C., *et al.*,    :

                        :

              Defendants.   :

                        :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On November 10, 2022, *pro se* Plaintiff Yelena Antipova filed an objection under Federal Rule of Civil Procedure 46 to an order by the Honorable Barbara C. Moses, United States Magistrate Judge regarding the disclosure of her income tax returns issued at an October 3, 2022 conference. Dkt. 73. The Court construes this objection as one made under Federal Rule of Civil Procedure 72(a). Under that rule, a party may file objections to a non-dispositive order made by a magistrate judge, and the "district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). An objecting party must make objections within fourteen days of the order. *See Thai Lao Lignite (Thailand) Co., Ltd. v. Gov't of Lao People's Democratic Republic*, 924 F. Supp. 2d 508, 517 (S.D.N.Y. 2013) ("Parties who fail to object to a magistrate's ruling within 14 days waive their opportunity to challenge that ruling."). Because Antipova's objection was filed thirty-eight days after the objected to order, it is not timely. Therefore the objection is overruled.

      SO ORDERED.

Dated: March 2, 2023
      New York, New York
                                  JOHN P. CRONAN
                           United States District Judge