UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YELENA ANTIPOVA,

               Plaintiff,               21 **CIVIL** 7453(JPC)(BCM)

   -against-                                  **JUDGMENT**

CAREMOUNT MEDICAL P.C. et al.,
               Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 6, 2024, the Court adopts the Report and Recommendation in its entirety and dismisses this case pursuant to Federal Rule of Civil Procedure 25(a)(1) without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

    August 6, 2024

                                                         **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

**BY:** _____
                                             **Deputy Clerk**